IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**RUSSELL L UNDERWOOD,**

    **Plaintiff,**
v.                                    **CASE NO. 1:06-cv-00043-MP-AK**

**CHARLIE CHRIST,**
**DEPARTMENT OF INSURANCE RISK MANAGEMENT,**
**FLORIDA DEPARTMENT OF CORRECTIONS,**

    **Defendants.**
_____/

## ORDER OF DISMISSAL

This matter is before the Court on Plaintiff's Motion to Voluntarily Dismiss without prejudice (doc. 10), and Plaintiff's Motion for Leave to Proceed IFP. (Doc. 9). Having considered said motion to dismiss (doc. 10), the Court is of the opinion that it should be **GRANTED**, and because this is being dismissed the motion for leave to proceed IFP (doc. 9) is **MOOT**. This cause is hereby **DISMISSED WITHOUT PREJUDICE**.

**DONE AND ORDERED** this **3rd** day of November, 2006

                                **s/ A. KORNBLUM**
                                **ALLAN KORNBLUM**
                                **UNITED STATES MAGISTRATE JUDGE**