IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION


**RUSSELL L. UNDERWOOD,**

    Plaintiff,

vs.                              CASE NO. 1:06CV43-MP/AK

**FLORIDA DEPARTMENT
OF CORRECTIONS, et al,**

    Defendants.

_____/

**O R D E R**

Plaintiff has requested that the Court cease withdrawing funds from his inmate account for filing fees associated with this lawsuit, which was dismissed voluntarily on November 3, 2006. (Doc. 12). This case was dismissed prior to Plaintiff being granted IFP status and the Court has verified that no funds have ever been withdrawn from Plaintiff's account for payment of any court costs associated with this case.

**DONE AND ORDERED** this  **19**$^{th}$ day of June, 2008.


                                            _s/ A. KORNBLUM_
                                            **ALLAN KORNBLUM
UNITED STATES MAGISTRATE JUDGE**